No. 15,605.

VILES *v.* SYMES ET AL.
(180 P. [2d] 236)

Decided March 24, 1947.   Rehearing denied May 12, 1947.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Jackson and Mr. Justice Luxford, participating.

Mr. Edmond L. Viles, pro se.

Mr. WILLIAM H. SCOFIELD, for defendants in error except Lewis B. Johnson.